ACCEPTED
15-25-00072-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:31 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00072-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/4/2025 10:31:29 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT
AT AUSTIN

FRANCES SPANOS SHELTON,

*Appellant*,

v.

VERNON LEUSCHNER, ROBERT LEE SPANOS, CHRISTOPHER BLAKE SPANOS, KATHRYN NICOLE LAWRIE, AND KATHERINE LEUSCHNER,
*Appellees*.

On Interlocutory Appeal from the 414th District Court
of McLennan County, Texas, Cause No. 2024-3035-5

**UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF**

**Kirk L. Pittard**
State Bar No. 24010313
kpittard@dpslawgroup.com
**Rick Thompson**
State Bar No. 00788537
rthompson@dpslawgroup.com
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000
(214) 946-8433 (fax)

**Craig D. Cherry**
State Bar No. 24012419
ccherry@cjsjlaw.com
**Ryan C. Johnson**
State Bar No. 24048574
rjohnson@cjsjlaw.com
**Scott H. James**
State Bar No. 24037848
sjames@cjsjlaw.com
**M. Katie Quillen**
State Bar No. 24133047
kquillen@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
(254) 732-2242
(866) 627-3509 (fax)

COUNSEL FOR APPELLANT

Appellant Frances Spanos Shelton files this second unopposed motion for extension of time to file her brief requesting an additional 20 days—*i.e.*, until **July 2, 2025**—and would respectfully show the Court as follows:

1.  Appellant's Brief in this interlocutory appeal was originally due to be filed on or before May 13, 2025.

2.  Appellant's Brief is currently due on June 12, 2025.

3.  Appellant respectfully requests an additional 20-day extension of time to file her brief, moving the deadline to July 2, 2025.

4.  The undersigned counsel seeks this extension due to his existing heavy workload and briefing deadlines, including but not limited to, the following:

    A.  Preparing the Real Parties in Interests' Response to the Petition for Writ of Mandamus in Cause No. 04-25-00052-CV; *In re Jordyn Ellis*, in the Fourth District Court of Appeals. The response brief was filed on May 12, 2025.

    B.  Preparing Petitioner's Reply Brief in Case No. 24-1034, *Debra Morris, et al. v. Old Republic Insurance Co.*, in the Supreme Court of Texas. The reply brief was filed on May 20, 2025.

    C.  Preparing Appellee's Brief in Cause No. 08-25-00012-CV, *Texas Regional Landfill Co., LP v. McNeil*, in the Eighth Court of Appeals at El Paso. The brief was filed on May 29, 2025.

Because of these deadlines and other day-to-day projects, counsel requests an additional twenty days to review the record and analyze the issues to be

addressed in the brief so that the issues may be clearly and concisely presented to the Court.

5    This is Appellant's second request for an extension of time to file her brief.

6.    This request is not being filed solely for the purposes of delay, but in order that justice may be served.

## CERTIFICATE OF CONFERENCE

On June 3, 2025, the undersigned counsel communicated with Mr. Angus McSwain, counsel for Appellee Vernon Leuschner, regarding the substance of this motion, and he graciously stated that he and his client were not opposed to the relief requested in this motion.

On June 3, 2025, the undersigned counsel also communicated with Mr. Jim Dunnam, counsel for the remaining Appellees, regarding the substance of this motion, and he graciously stated that he and his clients were not opposed to the relief requested in this motion either.

## PRAYER

For these reasons, Appellant respectfully requests that this Court grant her motion and extend the time to file Appellant's Brief to **July 2, 2025**.

Respectfully submitted,

By: /s/ Rick Thompson
   Rick Thompson
   State Bar No. 00788537
   rthompson@dpslawgroup.com
   DURHAM, PITTARD & SPALDING, LLP
   P.O. Box 224626
   Dallas, Texas 75222
   (214) 946-8000 – Office
   (214) 946-8433 – Facsimile

   **COUNSEL FOR APPELLANT**


## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a true and correct copy of the foregoing motion was served on the following counsel of record via electronic service, pursuant to the Texas Rules of Appellate Procedure.

Jim Dunnam
jimdunnam@dunnamlaw.com
Andrea Mehta
andreamehta@dunnamlaw.com
Mason Vance Dunnam
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710
*Attorneys for Intervenors/Appellees*
*Robert Spanos, Chrisopher Spanos,*
*and Nicole Spanos*

Andy McSwain
mcswain@thetexasfirm.com
Mark E. Firmin
mfirmin@thetexasfirm.com
BEARD KULTGEN BROPHY BOSTWICK
& DICKSON PLLC
220 South 4th Street
Waco, Texas 76701
*Attorneys for Intervenor/Appellee*
*Vernon Leuschner*


   /s/ Rick Thompson
   Rick Thompson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of William Richard Thompson
Bar No. 788537
efile@dpslawgroup.com
Envelope ID: 101598566
Filing Code Description: Motion
Filing Description: Appellant's 2nd Unopposed Mtn for Extension to File Brief
Status as of 6/4/2025 10:36 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kirk Pittard | | kpittard@dpslawgroup.com | 6/4/2025 10:31:29 AM | SENT |
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 6/4/2025 10:31:29 AM | SENT |
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 6/4/2025 10:31:29 AM | SENT |
| Jenn Haring | | jharing@cjsjlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Scott James | | sjames@cjsjlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Sarah Rowell | | rowell@thetexasfirm.com | 6/4/2025 10:31:29 AM | SENT |
| Ashley Snyder | | snyder@thetexasfirm.com | 6/4/2025 10:31:29 AM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 6/4/2025 10:31:29 AM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 6/4/2025 10:31:29 AM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 6/4/2025 10:31:29 AM | SENT |